ASCENSION LAW GROUP
PAMELA TSAO, SBN 266734
Pamela.Tsao@ascensionlawgroup.com
2030 East 4th Street, Suite 205
Santa Ana, California 92705
Telephone:   (714) 783-4220
Facsimile:    (888) 505-1033

Attorney for Plaintiff
NGOC LAM CHE

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
JENNIFER A. FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
PHI McKEE, LP

E-filed 9/8/2016

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHI McKEE, LP, a limited partnership,<br><br>　　　　　Defendant. | CASE NO. 5:16-cv-2759-HRL<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PHI McKEE, LP TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE DATE FOR COMPLETION OF JOINT INSPECTION OF PREMISES** |

12688992.1

5:16-cv-2759-HRL
THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PHI McKEE, LP TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE DATE FOR COMPLETION OF JOINT INSPECTION OF PREMISES

1   IT IS HEREBY STIPULATED by and between Plaintiff NGOC LAM CHE
2 ("Plaintiff") and Defendant PHI McKEE, LP ("Defendant"), through their counsel of record,
3 as follows:
4   WHEREAS, Plaintiff filed a complaint in this matter ("Complaint") on May 21, 2016;
5   WHEREAS, on June 8, 2016, Defendant and Plaintiff filed a Stipulation to Extend
6 Time for Defendant PHI McKee, LP to Respond to Plaintiff's Complaint to extend
7 Defendant's time to respond to the Complaint to August 12, 2016;
8   WHEREAS, on August 10, 2016, Defendant and Plaintiff filed a Second Stipulation
9 to Extend Time for Defendant PHI McKee, LP to Respond to Plaintiff's Complaint to
10 extend Defendant's time to respond to the Complaint to September 6, 2016;
11   WHEREAS, Plaintiff and Defendant are engaged in continued discussions
12 regarding potential early resolution and scheduling a joint inspection of the premises;
13   WHEREAS, in an effort to continue their early resolution discussions, Plaintiff and
14 Defendant have agreed to extend Defendant's time to respond to the Complaint to
15 October 6, 2016;
16   WHEREAS, Plaintiff and Defendant have also agreed to continue the date for
17 completion of the joint site inspection until October 6, 2016.
18   THEREFORE, the parties do hereby stipulate as follows:
19   1   The parties stipulate to extend Defendant's time to respond to the
20 Complaint to October 6, 2016; and
21   2.   The parties stipulate to continue the date for completion of the joint site
22 inspection to October 6, 2016.
23 / / /
24 / / /
25 / / /
26 / / /
27
28

12688992.1

-2-

5:16-cv-2759-HRL
THIRD STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR PHI McKEE, LP TO
RESPOND TO PLAINTIFF'S COMPLAINT AND TO
CONTINUE DATE FOR COMPLETION OF JOINT
INSPECTION OF PREMISES

1     IT IS SO STIPULATED.

DATED: September 6, 2016          **ASCENSION LAW GROUP**

By:   /s/ *Pamelo Tsao*
      PAMELA TSAO
      Attorney for Plaintiff
      NGOC LAM CHE


DATED: September 6, 2016          **HANSON BRIDGETT LLP**

By:   /s/ *Jennifer A. Foldvary*
      KURT A. FRANKLIN
      JENNIFER A. FOLDVARY
      Attorneys for Defendant
      PHI McKEE, LP

12688992.1

-3-

5:16-cv-2759-HRL
THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PHI McKEE, LP TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE DATE FOR COMPLETION OF JOINT INSPECTION OF PREMISES

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein,

IT IS HEREBY ORDERED that:

1. Defendant shall respond to the Complaint on or before October 6, 2016; and
2. The Parties shall complete a joint site inspection on or before October 6, 2016.

**IT IS SO ORDERED.**

DATE: 9/7/2016

Hon. Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

12688992.1

-4-

5:16-cv-2759-HRL
THIRD STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR PHI McKEE, LP TO
RESPOND TO PLAINTIFF'S COMPLAINT AND TO
CONTINUE DATE FOR COMPLETION OF JOINT
INSPECTION OF PREMISES